```
                                           FILED - CLERK
                                         U.S. DISTRICT COURT

                                         2007 MAR -1  PM 12: 11

                                         TX EASTERN - LUFKIN

                                         BY_____
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NNAMDI KAMALU, (#46652100) Plaintiff, | § § § § |
| vs. | § § CIVIL ACTION H-07-0533 |
| CIVIGENICS INC. OF TEXAS, *et al.*, Defendants. | § § § § § |

9:07cv44
RC/JKG

## MEMORANDUM AND OPINION

Plaintiff, a detainee proceeding *pro se*, brings this action against Texas detention center officials who reside in Polk County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the IAH Detention Center, where he is confined and which is located in Polk County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to

O:\Rao\VDG\2007\07-0533.a01

the United States District Court for the Eastern District of Texas, Lufkin Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion to proceed *in forma pauperis,* (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on __February 21__, 2007.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\Rao\VDG\2007\07-0533.a01